**Archie Lee THOMAS, Appellant,**

v.

**CHIEF OF POLICE, KANSAS CITY,
Missouri, Respondent.**

**No. WD 33166.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Archie Lee Thomas, pro se.

Manfred Maier, Kansas City, for respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

**ORDER**

PER CURIAM:

This appeal is from the denial of a claim for damages against the police department for refusal to release a pistol the plaintiff claims was stolen from him.

The judgment is affirmed. Rule 84.16(b).